IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| MARK LAVERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-4737 |
| | ) |
| UNDERDOG SPORTS INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT, UNDERDOG SPORTS, LLC'S RULE 7.1/LOCAL RULE 3.2
CORPORATE DISCLOSURE STATEMENT/NOTIFICATION OF AFFILIATES**

Defendant, Underdog Sports, Inc.[1] ("Underdog") hereby makes the following disclosure pursuant to Rule 7.1 and Local Rule 3.2:

Underdog is a Delaware limited liability company with its principal place of business in Brooklyn, New York. Underdog's sole member is Underdog Sports Holdings, Inc. ("Holdings"), a Delaware Corporation with its principal place of business in Brooklyn, New York. The following individuals own 5% or more of Holdings: Branden Stakenborg, Jeremy Levine, and Trevor John.

UNDERDOG SPORTS INC.

By: /s/ *Keith M. St. Aubin*
      One of their Attorneys

William M. Gantz
Keith M. St. Aubin
Edward J. Keating
Paris Mayfield
DUANE MORRIS LLP
190 S. LaSalle St. – Suite 3700
Chicago, IL 60603
312-499-6700

---

[1] Underdog Sports Inc. merged into Underdog Sports LLC, a Delaware limited liability company.

bgantz@duanemorris.com
kstaubin@duanemorris.com
ejkeating@duanemorris.com
pgmayfield@duanemorris.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 21, 2023, he caused the foregoing notice to be electronically filed with the Court, using the electronic filing service provider of CM/ECF, and to be served via electronic mail upon:

Christopher V. Langone
205 North Michigan Ave., Suite 810
Chicago, IL 60601
(312) 720-9191
LangoneLaw@gmail.com


          /s/ *Keith M. St. Aubin*