# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# Eastern Division

| | |
|---|---|
| MARK LAVERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-04737 |
| UNDERDOG SPORTS LLC, | ) ) ) |
| Defendant. | ) |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff hereby dismisses this case *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In accordance with that rule, counsel for each of the parties has executed this stipulation below.

Dated: February 21, 2024

By: *Attorney for Plaintiff Mark Lavery*

x/ *Christopher Langone*
Christopher Langone
205 North Michigan Ave.,
Suite 810
Chicago, IL 60601
(312) 720-9191
LangoneLaw@gmail.com

*Attorneys for Underdog Sports, LLC.*

x/*William M. Gantz*
William M. Gantz
Keith M. St. Aubin
Edward J. Keating
Paris Mayfield
DUANE MORRIS LLP

190 S. LaSalle St. – Suite 3700
Chicago, IL 60603
312-499-6700
bgantz@duanemorris.com
kstaubin@duanemorris.com
ejkeating@duanemorris.com
pgmayfield@duanemorris.com